UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-25047-BB

**VICTOR ARIZA**,

    Plaintiff,

vs.

**WALTERS & MASON RETAIL, INC.,**
**d/b/a ALTAR'D STATE, a foreign for-profit**
**corporation,**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be shortly executing all necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings for twenty (20) days for the parties to complete the settlement paperwork and file a voluntary dismissal with prejudice.

Dated:  February 2, 2021.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Edwin Cruz, Esq.
JACKSON LEWIS, P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, FL  33131
(305) 577-7600
Edwin.cruz@jacksonlewis.com

*Attorneys for Defendant*
*WALTERS & MASON RETAIL, INC.*
*d/b/a ALTAR'D STATE.*

                                                    /s/ *Roderick V. Hannah*
                                                      Roderick V. Hannah